THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE H. McVEY, Appellant, v. EDWARD T. O'LOUGHLIN, Register of Kings County, Respondent.

*People ex rel. McVey* v. *O'Loughlin*, 154 App. Div. 957, affirmed. (Argued April 15, 1913; decided April 29, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1913, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the position of chief clerk of copyists in the register's office of the county of Kings.

*Robert H. Wilson* for appellant.

*Jesse Fuller, Jr.,* and *Herman N. Hansen* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.